### GAMMAGE *v.* SMITH *et al.*

COBB, J. The plaintiff in error applied for leave to withdraw the writ of error, and the defendant in error objected and moved to open the record and prayed for damages. The only question involved being whether the verdict is contrary to the evidence, which is plainly conflicting, this fact, together with the abandonment of the prosecution, leads to the conclusion that the writ of error was sued out for delay only; and damages are accordingly awarded. See *Dilda* v. *Smith*, 110 *Ga.* 308, and case cited; *Wright* v. *Hartsfield*, 111 *Ga.* 819.

*Judgment affirmed, with damages. All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 24,—Decided December 12, 1902.

Attachment. Before Judge Sheffield. Terrell superior court. June 17, 1902.

*W. H. Gurr* and *A. M. Raines*, for plaintiff in error.
*H. A. Wilkinson* and *M. C. Edwards Jr.*, contra.